**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. **04-cv-01943-RPM-CBS**

**FOREMOST INSURANCE COMPANY**,

  Plaintiff,

v.

**JAMES & SABRINA GRIESER**,

  Defendants,

vs.

**AMERICAN SECURITY INSURANCE COMPANY**,

  Counterclaim Defendant.
_____

**ORDER OF DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS**
_____

  Pursuant to the Stipulated Motion to Dismiss Foremost Insurance Company with Prejudice, it is

  **ORDERED** that Foremost Insurance Company's Complaint for Declaratory Judgment is dismissed with prejudice, and James and Sabrina Greiser's Amended Counterclaim against Foremost is dismissed with prejudice.

  This Order does not affect the claims made by James and Sabrina Grieser against American Security Insurance Company.

2

**ENTERED** this 6th day of April, 2006.

                                             **BY THE COURT:**

                                       s/Richard P. Matsch
                                     _____
                                     U.S. District Court Judge

**PO41943.DOC**