IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-01943-RPM

**FOREMOST INSURANCE COMPANY,**

    Plaintiff,

v.

**JAMES & SABRINA GRIESER,**

    Defendants,

vs.

**AMERICAN SECURITY INSURANCE COMPANY,**

    Counterclaim Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**THIS MATTER** comes before the Court on a Stipulation For Dismissal With Prejudice. The Court, having reviewed the same and being fully advised, **HEREBY ORDERS** that this case is dismissed with prejudice, each party to bear its own costs, expenses, and attorney fees.

    **ENTERED** this _9th_ day of _June_, 2006.

BY THE COURT:

_/s/ [signature]_
U.S. District Court Judge